| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | PJH 9510 |
| EASTERN DISTRICT OF NEW YORK | Tax ID No. 11 3178696 |

In re:

ELLIOT GOLDBERG, and
NINA GOLDBERG,

     Debtor.

Bankr. Case No.: 11-70428-REG

Chapter 7

---

ELLIOT GOLDBERG, and
NINA GOLDBERG,

     Plaintiff,

v.

UNITED STATES DEPARTMENT
OF EDUCATION,
GREAT LAKES, INC.,

     Defendants.

Adv. Proc. No.: 11-09272

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I am over 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 7TH day of November, 2011, I served by first class United States mail, postage prepaid, a true and correct copy of the following documents:

**SALLIE MAE, INC.'S FIRST SET OF INTERROGATORIES**

**SALLIE MAE, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**SALLIE MAE, INC.'S FIRST SET OF REQUESTS FOR ADMISSION**

**SALLIE MAE, INC.'S DISCLOSURES PURSUANT
TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)**

# EXHIBIT A

upon the following persons:

    Karen M. Tobin, Esquire
    500 Mamaroneck Avenue, Suite 320
    Harrison, NY 10528

                                    By:    */s/ Paul J. Hooten*
                                            Paul J. Hooten, Esquire
                                            PAUL J. HOOTEN & ASSOCIATES
                                            5505 Nesconset Highway
                                            Suite 203
                                            Mt. Sinai, NY  11766
                                            Telephone: (631) 331-0547
                                            Facsimile: (631) 331-2627
                                            E-mail:  pjhooten@mindspring.com

                                            Attorneys for Sallie Mae, Inc.